UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

ALANDRAE DAVID BROWN
  a/k/a W.B.

Case No. 3:24-cr-96(S1)-TJC-PDB
18 U.S.C. § 1001
18 U.S.C. § 1028A(a)(1)

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about April 24 and 25, 2024, in the Middle District of Florida, the defendant,

ALANDRAE DAVID BROWN,
a/k/a W.B.,

did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations and Enforcement and Removal Operations, which are departments and agencies of the United States within the executive branch of the Government of the United States, when, during an investigative interview by a Special Agent with Homeland Security Investigations and a Deportation Officer with Enforcement and Removal Operations, he identified himself as a person with the initials W.B., said

that he was born in the United States Virgin Islands, said that his date of birth was a date in April 1994, and said that he was a citizen of the United States, statements that the defendant knew were false.

In violation of 18 U.S.C. § 1001.

## COUNT TWO

On or about April 24 and 25, 2024, in the Middle District of Florida, the defendant,

ALANDRAE DAVID BROWN,
a/k/a W.B.,

did knowingly possess and use, without lawful authority, a means of identification of another person, that is, the name, date of birth, and Social Security Number of a person with the initials W.B., knowing and having reason to know that the means of identification belonged to another person, during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c), that is, making false statements in a matter

within the jurisdiction of the Department of Homeland Security, as charged in Count One of this Information.

In violation of 18 U.S.C. § 1028A(a)(1).

ROGER B. HANDBERG
United States Attorney

By: _____
ARNOLD B. CORSMEIER
Assistant United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division